UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN EDWARD BETTYS,<br><br>                 Plaintiff,<br><br>   v.<br><br>JOHN HAMIL, et al.,<br><br>                 Defendants. | CASE NO. 3:20-CV-5078-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: JULY 17, 2020 |

Plaintiff John Edward Bettys proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. The District Court has referred this action to United States Magistrate Judge David W. Christel. Defendants filed the pending Motion to Dismiss on April 20, 2020. Dkt. 45. On May 8, 2020, the Court ordered Plaintiff to file an Amended Complaint on or before June 8, 2020 to include the additional defendants identified in his Response to the Court's Order to Show Cause. Dkt. 10, 13, 56.

REPORT AND RECOMMENDATION - 1

1     Plaintiff has now filed the Amended Complaint.[1] Dkt. 60. An amended complaint supersedes the original complaint. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). The original complaint is "treated thereafter as non-existent." *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) *overruled on other grounds by Lacey v. Maricopa County*, 693 F.3d 896 (9th Cir. 2012). Defendants' Motion to Dismiss attacks the original complaint, which is now "non-existent" because Plaintiff has filed the Amended Complaint. *See id.*, Dkt. 60. Accordingly, he Court recommends denying Defendants' Motion to Dismiss without prejudice.[2] *Bromfield v. McBurney*, 2008 WL 623322, *2 (W.D. Wash. March 3, 2008) (recommending the defendants' motion to dismiss be denied as moot because an amended complaint was filed, which operated as a complete substitute for the original complaint).

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on July 17, 2020 as noted in the caption.

Dated this 17th day of June, 2020.

David W. Christel
United States Magistrate Judge

---

[1] The Court notes the Amended Complaint was timely filed on June 8, 2020, but it was not entered by the Clerk's Office until June 15, 2020. *See* Dkt. 60.

[2] The Court notes Defendants may refile a motion to dismiss on the Amended Complaint.