HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN EDWARD BETTYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HAMIL, et al.,<br><br>　　　　　Defendants. | CASE NO. C20-5078RBL-DWC<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 61], recommending Defendants' Motion to Dismiss be denied without prejudice, in light of Plaintiff Bettys' amended complaint. Defendants have not objected.

(1) The Report and Recommendation is **ADOPTED**;

(2) Defendants' Motion to Dismiss is **DENIED** without prejudice to re-file.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

(4) any other pending motions are **RE-REFERRED** to Magistrate Judge Christel.

ORDER - 1

1 | IT IS SO ORDERED.

2 | Dated this 23rd day of July, 2020.

Ronald B. Leighton
United States District Judge