UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD BETTYS,

        Plaintiff,

v.

JOHN HAMIL, et al.,

        Defendant.

CASE NO. 3:20-CV-5078-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: January 22, 2021

    Plaintiff John Edward Bettys, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. The District Court has referred this action to United States Magistrate Judge David W. Christel. Pending before this Court is Defendants' Motion to Dismiss Plaintiff's Amended Complaint. Dkt. 62. For the reasons discussed below, the Court recommends Defendants' motion be denied without prejudice as moot.

    In response to Defendants' motion, Plaintiff sought leave to amend. Dkt. 72. The Court granted Plaintiff's request, requiring Plaintiff to file his second amended complaint by January 1,

1  2021. Dkt. 76. Plaintiff submitted his Second Amended Complaint for mailing on December 27,
2  2020 and it was filed by the Clerk on January 4, 2021.[1] Dkt. 77.

3      An amended complaint supersedes the original complaint. *Ferdik v. Bonzelet*, 963 F.2d
4  1258, 1262 (9th Cir. 1992). The original complaint is "treated thereafter as non-existent." *Loux v.*
5  *Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) *overruled on other grounds by Lacey v. Maricopa County*,
6  693 F.3d 896 (9th Cir. 2012). Defendants' Motion to Dismiss attacks the Amended Complaint,
7  which is now "non-existent" because Plaintiff has filed the Second Amended Complaint. *See id.*,
8  Dkt. 77. Accordingly, the Court recommends denying Defendants' Motion to Dismiss without
9  prejudice.[2] *Bromfield v. McBurney*, 2008 WL 623322, *2 (W.D. Wash. March 3, 2008)
10 (recommending the defendants' motion to dismiss be denied as moot because an amended
11 complaint was filed, which operated as a complete substitute for the original complaint).

12     Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
13 Procedure, the parties shall have fourteen (14) days from service of this Report to file written
14 objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
15 objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time
16 limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on January
17 22, 2021 as noted in the caption.

18     Dated this 7th day of January, 2021.

David W. Christel
United States Magistrate Judge

---

[1] January 1, 2021 was a legal holiday, making the actual filing deadline January 4, 2021. Fed. R. Civ. P. 6(a)(1)(C).

[2] The Court notes Defendants may refile a motion to dismiss the Second Amended Complaint.