1

2

3

4

5   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    AT TACOMA

6

7   JOHN EDWARD BETTYS,                     CASE NO. C20-5078 BHS-DWC

                    Plaintiff,              ORDER ADOPTING REPORT
8       v.                                  AND RECOMMENDATION

9   JOHN HAMIL, et al.

                    Defendants.
10

11

12       This matter comes before the Court on the Report and Recommendation ("R&R")

13  of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 79. The Court

14  having considered the R&R and the remaining record, and no objections having been

15  filed, does hereby find and order as follows:

16       (1)    The R&R is **ADOPTED**; and

17       (2)    Defendants' motion to dismiss, Dkt. 62, is **DENIED without prejudice** as

18              moot.

19       Dated this 1st day of February, 2021.

20

21

                                            BENJAMIN H. SETTLE
22                                          United States District Judge

ORDER