UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN EDWARD BETTYS,

        Plaintiff,

v.

JOHN HAMIL, et al.

        Defendants.

CASE NO. C20-5078 BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 85. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' motion for partial dismissal of Plaintiff's second amended complaint is **GRANTED in part** and **DENIED in part** as specified below;

(3) Defendants' motion to dismiss Plaintiff's Fourteenth Amendment claims arising out of plaintiff's transfer to Program Area One, Plaintiff's claims under the ADA/RA for inadequate medical care, and Plaintiff's claims

under ADA Title III is **GRANTED** and the claims are **DISMISSED without leave to amend**;

(4) Defendants' motion to dismiss Plaintiff's claims under the RA and ADA Title II and plaintiff's claims against the State of Washington is **DENIED**;

(5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel; and

(6) This matter is re-referred to the Hon. David W. Christel for further consideration.

Dated this 24th day of May, 2021.

BENJAMIN H. SETTLE
United States District Judge